**GIBBS & FUERST LLP**

600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

**MICHAEL T. GIBBS, Bar No. 076519**
**KEVIN L. BORGEN, Bar No. 176766**

Attorneys for Defendant ANDREW SMITHSON

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI ORFF, an individual; and MICHELLE KRISTOL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF IMPERIAL; IMPERIAL POLICE DEPARTMENT; CHIEF MIGUEL COLON, an individual; ANDREW SMITHSON, an individual; and DOE OFFICERS 1-10, <br><br> Defendants. | No.  17-cv-00116 W AGS <br><br> **PROOF OF SERVICE** <br><br> **DATE:   April 24, 2017** <br> **DEPT.:  3C** <br><br> **No Oral Argument Pursuant to Local Rule 7.1(d)(1)** <br><br> Hon. Thomas J. Whelan |

38147

1

PROOF OF SERVICE

<u>Kali Orff, et al. v. City of Imperial, et al.;</u> United States District Court, Southern District of California Case No. '17-CV-00116 W AGS

## PROOF OF SERVICE

I, MICHAEL T. GIBBS, caused the attorney(s) (registered filing users) on the service list herein to be served via e-mail at the e-mail addresses listed below.

On July 10, 2017, I served the following documents described as follows:

**DEFENDANT ANDREW SMITHSON'S ANSWER TO FIRST AMENDED COMPLAINT**

<u>Parties Served:</u>

| | |
|---|---|
| Mark J. Geragos, Esq.<br>geragos@geragos.com | Attorney for Plaintiffs KALI ORFF and MICHELLE KRISTOL |
| Konrad Rasmussen, Esq.<br>kmr@mmr4law.com | Attorney for Defendants CITY OF IMPERIAL and MIGUEL COLON |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 10, 2017, at San Diego, California.

*s/Michael T. Gibbs*
MICHAEL T. GIBBS

38147

2

PROOF OF SERVICE