John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF IMPERIAL, also erroneously sued herein as Imperial Police Department and MIGUEL COLON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

KALI ORFF, an individual; and
MICHELLE KRISTOL, an individual;

    Plaintiffs,

vs.

CITY OF IMPERIAL; IMPERIAL
POLICE DEPARTMENT; CHIEF
MIGUEL COLON, an individual;
ANDREW SMITHSON, an individual;
and DOE OFFICERS 1–10;

    Defendants.

Case No. 3:17-CV-00116 W AGS

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Judge:     Hon. Thomas J. Whelan

Plaintiffs Kali Orff and Michelle Kristol and Defendants City of Imperial, Miguel Colon and Andrew Smithson hereby jointly move the court for entry of the Protective Order regarding Confidential Information pertaining to discoverable materials in this matter, attached as Exhibit "A" hereto.

Good cause exists for the entry of the requested protective order because the City of Imperial will produce records of the criminal investigation into the alleged sexual assault on plaintiff Orff as part of its Initial Disclosures, and the parties anticipate

discovery requests will be made seeking information and materials, including but not limited to medical records, employment records and law enforcement records, all which the parties wish to maintain as confidential.

Respectfully submitted.

GERAGOS & GERAGOS

/s/ David Gammill

DATE: January ____, 2018

_____
David Gammill, Esq.
Attorneys for Plaintiffs
Kali Orff and Michelle Kristol

McCORMICK & MITCHELL

/s/ Konrad M. Rasmussen

DATE: January ____, 2018
_____
John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Nicole Barvie, Esq.
Attorneys for Defendants

GIBBS & FUERST

/s/ Michael T. Gibbs

DATE: January ____, 2018
_____
Michael T. Gibbs, Esq.
Attorneys for Defendant Andrew Smithson

JOINT MOTION FOR PROTECTIVE ORDER                17-CV-116 W AGS

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David Gammill, counsel for plaintiffs Kali Orff and Michelle Kristol and Michael Gibbs, counsel for defendant Andrew Smithson and I have obtained authorization from them to affix their electronic signatures to this document.

DATED: January __, 2018

/s/ Konrad M. Rasmussen

_____

Konrad M. Rasmussen