John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Nicole Barvie, Esq. (SBN 282352)
Larry M. Albers, Jr., Esq. (SBN 309840)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendants CITY OF IMPERIAL, also erroneously sued herein as Imperial Police Department and MIGUEL COLON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI ORFF, an individual; and MICHELLE KRISTOL, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF IMPERIAL; IMPERIAL POLICE DEPARTMENT; CHIEF MIGUEL COLON, an individual; ANDREW SMITHSON, an individual; and DOE OFFICERS 1–10;<br><br>Defendants. | Case No. 3:17-CV-00116 W AGS<br><br>**DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Judge:       Hon. Thomas J. Whelan |

COME NOW Defendants CITY OF IMPERIAL, also erroneously sued herein as Imperial Police Department and MIGUEL COLON, by and through their counsel of record, and answer Plaintiffs' First Amended Complaint on file herein, denying and alleging as follows:

## INTRODUCTION

1.     Answering Paragraph 1 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief whether Detective Kali Orff was the victim of a sexual assault committed by Defendant Andrew Smithson, and on that basis deny said allegation. Defendants deny generally and specifically each and every remaining allegation contained in Paragraph 1 of the First Amended Complaint.

- 1 -

2.      Answering Paragraph 2 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

## THE PARTIES

3.      Answering Paragraph 3 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

4.      Answering Paragraph 4 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

5.      Answering Paragraph 5 of the First Amended Complaint filed herein, Defendants admit the allegations contained therein.

6.      Answering Paragraph 6 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

7.      Answering Paragraph 7 of the First Amended Complaint filed herein, Defendants admit the allegations contained therein.

8.      Answering Paragraph 8 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

9.      Answering Paragraph 9 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of

the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

10.    Answering Paragraph 10 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

## JURISDICTION AND VENUE

11.    Answering Paragraph 11 of the First Amended Complaint filed herein, Defendants allege Paragraph 11 contains jurisdictional allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

12.    Answering Paragraph 12 of the First Amended Complaint filed herein, Defendants allege the first sentence of said paragraph contains venue allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required. Defendants admit the balance of the allegations contained in Paragraph 12 of the First Amended Complaint herein.

## FACTUAL BACKGROUND

13.    Answering Paragraph 13 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

14.    Answering Paragraph 14 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

15.    Answering Paragraph 15 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

16.    Answering Paragraph 16 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

17.    Answering Paragraph 17 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

18.    Answering Paragraph 18 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

19.    Answering Paragraph 19 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

20.    Answering Paragraph 20 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

21.    Answering Paragraph 21 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

22.     Answering Paragraph 22 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

23.     Answering Paragraph 23 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

24.     Answering Paragraph 24 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

25.     Answering Paragraph 25 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

26.     Answering Paragraph 26 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

27.     Answering Paragraph 27 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

28.     Answering Paragraph 28 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

## FIRST CAUSE OF ACTION

### Violation of Civil Rights – 42 U.S.C. §1983

### (Plaintiff Kali Orff Against Officer Defendants)

29. Answering Paragraph 29 of the First Amended Complaint filed herein, Defendants incorporate by reference all preceding paragraphs of this Answer as if set forth fully herein.

30. Answering Paragraph 30 of the First Amended Complaint filed herein, Defendants admit Chief Miguel Colon was, at all relevant times, a law enforcement officer with the Imperial Police Department who was acting under color of state law. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically all remaining allegations of Paragraph 30 of the First Amended Complaint filed herein.

31. Answering Paragraph 31 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

32. Answering Paragraph 32 of the First Amended Complaint filed herein, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis deny generally and specifically each and every allegation contained therein.

33. Answering Paragraph 33 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

34. Answering Paragraph 34 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

35. Answering Paragraph 35 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

36. Answering Paragraph 36 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

## SECOND CAUSE OF ACTION

### Violation of Civil Rights – *Monell* Claim

### (Plaintiff Kali Orff Against Defendants City of Imperial and Imperial Police Department)

37. Answering Paragraph 37 of the First Amended Complaint filed herein, the Second Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

38. Answering Paragraph 38 of the First Amended Complaint filed herein, the Second Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

39. Answering Paragraph 39 of the First Amended Complaint filed herein, the Second Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

40. Answering Paragraph 40 of the First Amended Complaint filed herein, the Second Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

41.   Answering Paragraph 41 of the First Amended Complaint filed herein, the Second Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

42.   Answering Paragraph 42 of the First Amended Complaint filed herein, the Second Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

## THIRD CAUSE OF ACTION

### Intentional Infliction of Emotional Distress

**(Plaintiff Kali Orff Against all Defendants and Plaintiff Michelle Kristol Against Defendants City of Imperial, the Imperial Police Department, and Officer Defendants)**

43.   Answering Paragraph 43 of the First Amended Complaint filed herein, Defendants incorporate by reference all preceding paragraphs of this Answer as if set forth fully herein.

44.   Answering Paragraph 44 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

45.   Answering Paragraph 45 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

46.   Answering Paragraph 46 of the First Amended Complaint filed herein, said Paragraph contains no charging allegations against these answering Defendants and, as such, no Answer is required.

47.   Answering Paragraph 47 of the First Amended Complaint filed herein, said Paragraph contains no charging allegations against these answering Defendants and, as such, no Answer is required.

- 8 -

48. Answering Paragraph 48 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

49. Answering Paragraph 49 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

## FOURTH CAUSE OF ACTION

### Negligent Infliction of Emotional Distress

**(Plaintiff Kali Orff Against all Defendants and Plaintiff Michelle Kristol Against Defendants City of Imperial, the Imperial Police Department, and Officer Defendants)**

50. Answering Paragraph 50 of the First Amended Complaint filed herein, Defendants incorporate by reference all preceding paragraphs of this Answer as if set forth fully herein.

51. Answering Paragraph 51 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

52. Answering Paragraph 52 of the First Amended Complaint filed herein, said allegations have been ordered dismissed and therefore no Answer is required.

53. Answering Paragraph 53 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

54. Answering Paragraph 54 of the First Amended Complaint filed herein, said Paragraph contains no charging allegations against theses answering Defendants, therefore no answer is required.

55. Answering Paragraph 55 of the First Amended Complaint filed herein, said Paragraph contains no charging allegations against theses answering Defendants, therefore no answer is required.

56. Answering Paragraph 56 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

## FIFTH CAUSE OF ACTION

### Public Disclosure of Private Facts

### (Plaintiff Kali Orff Against Defendant Miguel Colon)

57. Answering Paragraph 57 of the First Amended Complaint filed herein, the Fifth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

58. Answering Paragraph 58 of the First Amended Complaint filed herein, the Fifth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

59. Answering Paragraph 59 of the First Amended Complaint filed herein, the Fifth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

60. Answering Paragraph 60 of the First Amended Complaint filed herein, the Fifth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

61. Answering Paragraph 61 of the First Amended Complaint filed herein, the Fifth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

62. Answering Paragraph 62 of the First Amended Complaint filed herein, the Fifth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

63.     Answering Paragraph 63 of the First Amended Complaint filed herein, the Fifth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

### SIXTH CAUSE OF ACTION

### False Light

### (Plaintiff Kali Orff Against Defendant Miguel Colon)

64.     Answering Paragraph 64 of the First Amended Complaint filed herein, the Sixth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

65.     Answering Paragraph 65 of the First Amended Complaint filed herein, the Sixth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

66.     Answering Paragraph 66 of the First Amended Complaint filed herein, the Sixth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

67.     Answering Paragraph 67 of the First Amended Complaint filed herein, the Sixth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

68.     Answering Paragraph 68 of the First Amended Complaint filed herein, the Sixth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

69.     Answering Paragraph 69 of the First Amended Complaint filed herein, the Sixth Cause of Action has been ordered dismissed by the Court, therefore no Answer is required.

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

## SEVENTH CAUSE OF ACTION

### Defamation

### (Plaintiff Kali Orff Against Defendant Miguel Colon)

70.    Answering Paragraph 70 of the First Amended Complaint filed herein, Defendants incorporate by reference all preceding paragraphs of this Answer as if set forth fully herein.

71.    Answering Paragraph 71 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

72.    Answering Paragraph 72 of the First Amended Complaint filed herein, Defendants generally and specifically deny each and every allegation contained therein.

73.    Answering Paragraph 73 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

74.    Answering Paragraph 74 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

75.    Answering Paragraph 75 of the First Amended Complaint filed herein, Defendants deny generally and specifically each and every allegation contained therein.

### FIRST AFFIRMATIVE DEFENSE

As a First Affirmative Defense, Defendants assert the First Amended Complaint and every purported cause of action therein fails to state a claim upon which relief can be granted.

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

## SECOND AFFIRMATIVE DEFENSE

As a Second Affirmative Defense, Defendants assert that Plaintiff has failed to allege or establish a violation of any clearly established constitutional right of Plaintiff and therefore the First Amended Complaint fails to state any cause of action against these answering Defendants.

## THIRD AFFIRMATIVE DEFENSE

As a Third Affirmative Defense, Defendants assert that Plaintiff has failed to allege or establish any deprivation of a constitutionally protected privacy interest of Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

As a Fourth Affirmative Defense, Defendants assert that Plaintiff has failed to allege or establish any deprivation of a constitutionally protected equal protection interest of Plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

As a Fifth Affirmative Defense, Defendants assert that Plaintiffs' claims are barred by the statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

As a Sixth Affirmative Defense, Defendants assert that Plaintiffs claims are barred by the doctrine of qualified governmental immunity.

## SEVENTH AFFIRMATIVE DEFENSE

As a Seventh Affirmative Defense, Defendants assert that at all times alleged in the First Amended Complaint, the City of Imperial and its employees, agents and representatives, including Defendant Miguel Colon, acted in good faith, without malice and within the scope of duties of law enforcement officers of the Defendant public entity.

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

## EIGHTH AFFIRMATIVE DEFENSE

As an Eighth Affirmative Defense, Defendants assert that any damages incurred by Plaintiffs were directly and proximately caused or contributed to by Plaintiffs' own actions.

## NINTH AFFIRMATIVE DEFENSE

As a Ninth Affirmative Defense, Defendants assert that Plaintiffs claims are bared by California Government Code Section 820.2 which provides immunity for discretionary acts of public employees.

## TENTH AFFIRMATIVE DEFENSE

As a Tenth Affirmative Defense, Defendants assert that Plaintiffs' claims are barred by California Government Section 815.2(b) which bars liability of public entities for injuries arising of acts or omissions of an employee of a public entity where the employee is immune from liability.

## ELEVENTH AFFIRMATIVE DEFENSE

As an Eleventh Affirmative Defense, Defendants allege that at all times and places set forth in the First Amended Complaint, Plaintiffs, and each of them, failed to exercise ordinary care on her own behalf, which negligence and carelessness was a legal cause of some portion, up to and including the whole thereof, of the injuries and damages complained of in this action. Plaintiffs' recovery therefore, if any, against defendants should be barred or reduced according to principles of comparative negligence.

## TWELFTH AFFIRMATIVE DEFENSE

As a Twelfth Affirmative Defense, Defendants allege that Plaintiffs, and each of them, failed to exercise reasonable care and diligence to avoid loss and to minimize damages and that, therefore, Plaintiffs, and each of them, may not recover for losses which could have been prevented by reasonable efforts on her part or by the

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

expenditures which might reasonably had been made, and therefore, Plaintiffs recovery, if any, should be reduced by the failure to mitigate damages, if any there be.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a Thirteenth Affirmative Defense, Defendants allege that if they are held liable for damages to Plaintiff that Defendants are only severally liable or any other party in any amount, that Defendants are only severally liable in an amount equal to its apportioned share of liability for any damages suffered by the Plaintiffs or any other party.  The fault, if any, of Defendants should be compared with the fault of other defendants or third parties and damages, if any, should be apportioned among the defendants or other parties in direct relation to each defendants or party's comparative fault.  Defendants should be obligated to pay only such damages, if any, which are directly attributable to its percentage of comparative fault. To require to Defendants to pay any more than its percentage of comparative fault violates equal protection and due process clauses of the Constitution of the United States and the Constitution of the State of California.

## FOURTEENTH AFFIRMATIVE DEFENSE

As a Fourteenth Affirmative Defense, to the extent the First Amended Complaint herein seeks punitive damages, it violates each Defendants' right to procedural due process under the Fourteenth Amendment of the United States Constitution and the Constitution of the State of California and it further violates each answering Defendants' rights to protection against "excessive fines" as provided in the Eighth Amendment to the United States Constitution and in Article 1, Section XVII of the Constitution of the State of California.  It further violates each answering Defendants' rights to substantive due process as provided in the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of California.

- 15 -

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS

## FIFTEENTH AFFIRMATIVE DEFENSE

As a Fifteenth Affirmative Defense, Defendants assert that each and every purported cause of action sought to be alleged in the First Amended Complaint is barred in whole or in part by the failure to comply with applicable claim submission requirements, including but not limited to those set forth in Government Code §905, §910, §911.2, §913, §915.2, §935, §945.4, §945.6 and §950.2

## SIXTEENTH AFFIRMATIVE DEFENSE

As a Sixteenth Affirmative Defense, Defendant City of Imperial asserts the bar of Government Code §818 which immunizes public entities from liability for punitive and exemplary damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

As a Seventeenth Affirmative Defense, Defendants assert that any judgment entered herein against Defendants may be reduced pursuant to Government Code §985 for collateral source payments.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As a Eighteenth Affirmative Defense, Defendants assert the bar of Government Code §821.6.

## NINETEENTH AFFIRMATIVE DEFENSE

As a Nineteenth Affirmative Defense, Defendants assert the bar of Civil Code §47.

**WHEREFORE**, Defendants pray for judgment as follows:

1. That Plaintiffs take nothing by way of their First Amended Complaint;

2. For Costs of suit;

3. For attorney's fees and other expenses;

4. For such other and further relief as the Court deems just and proper.

- 16 -

McCORMICK MITCHELL & RASMUSSEN

Dated:  January 19, 2018          /s/ Konrad M. Rasmussen

_____
Konrad M. Rasmussen, Esq.
John P. McCormick, Esq.
Nicole Barvie, Esq.
Larry M. Albers, Esq.
Attorneys for Defendants City of Imperial and Miguel Colon

DEFENDANTS CITY OF IMPERIAL AND MIGUEL COLON'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT

3:17-CV-00116 W AGS