

**GIBBS & FUERST** LLP

600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, Bar No. 076519
Mgibbs@gibbsandfuerst.com
Kevin L. Borgen, Bar No. 176766
kborgen@gibbsandfuerst.com

Attorneys for Defendant ANDREW SMITHSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI ORFF, an individual; and MICHELLE KRISTOL, an individual, ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> CITY OF IMPERIAL; IMPERIAL POLICE DEPARTMENT; CHIEF MIGUEL COLON, an individual; ANDREW SMITHSON, an individual; and DOE OFFICERS 1-10, ) <br><br> Defendants. ) <br> _____ ) <br> ANDREW SMITHSON, an individual; ) <br><br> Cross-Complainant, ) <br><br> v. ) <br><br> KALI ORFF, an individual; ) <br><br> Cross-Defendants. ) | No. 17-CV-00116 W AGS <br><br><br> **JOINT MOTION FOR SUBSTITUTION OF ATTORNEY** |

1

JOINT MOTION FOR SUBSTITUTION OF ATTORNEY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Gibbs & Fuerst, LLP, and Andrew Smithson hereby jointly move for an order allowing Andrew Smithson to represent himself in this action in propria persona.  Gibbs & Fuerst, LLP, and Andrew Smithson have agreed substitution serves the best interest of both.

DATED:  February 20, 2018                    ___*s/Andrew Smithson*_____
                                                                  ANDREW SMITHSON


I consent to the above substitution.

DATED:   February 20, 2018                    GIBBS & FUERST, LLP


                                                         BY:   *s/Michael T. Gibbs*_____
                                                                  MICHAEL T. GIBBS
                                                                  KEVIN L. BORGEN
                                                                  Attorneys for Defendant
                                                                  ANDREW SMITHSON

JOINT MOTION FOR SUBSTITUTION OF ATTORNEY

## SIGNATURE CERTIFICATION

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Polices and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew Smithson, in propria persona, on behalf of himself, and I have obtained Mr. Smithson's authorization to affix his electronic signature to this document.

DATED:  February 20, 2018          GIBBS & FUERST, LLP


                                   BY:   *s/Michael T. Gibbs*_____
                                         MICHAEL T. GIBBS
                                         KEVIN L. BORGEN
                                         Attorneys for Defendant
                                         ANDREW SMITHSON

JOINT MOTION FOR SUBSTITUTION OF ATTORNEY