**GIBBS & FUERST LLP**

600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

**MICHAEL T. GIBBS, Bar No. 076519**
**KEVIN L. BORGEN, Bar No. 176766**

Attorneys for Defendant ANDREW SMITHSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KALI ORFF, an individual; and
MICHELLE KRISTOL, an individual,

   Plaintiffs,

  v.

CITY OF IMPERIAL; IMPERIAL
POLICE DEPARTMENT; CHIEF
MIGUEL COLON, an individual;
ANDREW SMITHSON, an
individual; and DOE OFFICERS 1-
10,

   Defendants.

No.  17-cv-00116 W AGS

**PROOF OF SERVICE**

**DATE:   April 24, 2017**
**DEPT.:  3C**

**No Oral Argument Pursuant to Local Rule 7.1(d)(1)**

Hon. Thomas J. Whelan

38147

1

PROOF OF SERVICE

Kali Orff, et al. v. City of Imperial, et al.; United States District Court, Southern District of California Case No. '17-CV-00116 W AGS

## PROOF OF SERVICE

I, MICHAEL T. GIBBS, caused the attorney(s) (registered filing users) on the service list herein to be served via e-mail at the e-mail addresses listed below.

On February 20, 2018, I served the following documents described as follows:

## JOINT MOTION FOR SUBSTITUTION OF ATTORNEY

Parties Served:

| | |
|---|---|
| Mark J. Geragos, Esq.<br>geragos@geragos.com | Attorney for Plaintiffs KALI ORFF and MICHELLE KRISTOL |
| Konrad Rasmussen, Esq.<br>kmr@mmr4law.com | Attorney for Defendants CITY OF IMPERIAL and MIGUEL COLON |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 20, 2018, at San Diego, California.

s/Michael T. Gibbs
MICHAEL T. GIBBS

38147

2

PROOF OF SERVICE