**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KALI ORFF, et al.,<br><br>                             Plaintiffs,<br><br>v.<br><br>MICHELLE KRISTOL, et al.,<br><br>                             Defendants. | Case No.: 17-CV-0116 W (AGS)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL [DOC. 35]** |

    Pending before the Court is an ex parte application[1] to withdraw as attorney of record for Defendant Andrew Smithson, filed jointly by Defendant Smithson and Defense Counsel Michael Gibbs on February 20, 2018. [Doc. 35.] Despite the passing of more than a week, no opposition has been filed.

    "The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." <u>Washington v. Sherwin Real Estate, Inc.</u>, 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in the decision include: "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the

---

[1] The application bears the signature of Defendant Andrew Smithson and Defense Counsel Michael Gibbs. (*Ex Parte Application* [Doc. 35].) Parties style the document as a joint motion, but the Court interprets it as an ex parte application as it lacks Plaintiffs' counsel's signature.

1

degree to which withdrawal will delay the resolution of the case." CE Resource, Inc. v Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009)).

Given that the client consents to the withdrawal, that no other party has opposed the application to withdraw despite ample time, and that no delay or harm to the administration of justice is apparent, the Court will exercise its discretion to grant the ex parte application to withdraw as counsel.

The application is **GRANTED**. [Doc. 68.] Within three days, Mr. Gibbs must file with the Court current contact information for Mr. Smithson, including a current: (1) phone number; (2) email address, and (3) mailing address.

Upon that filing, the withdrawal will become effective.

**IT IS SO ORDERED.**

Dated: February 28, 2018

Hon. Thomas J. Whelan
United States District Judge