**GIBBS & FUERST** LLP

600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

**MICHAEL T. GIBBS, Bar No. 076519**
**KEVIN L. BORGEN, Bar No. 176766**

Attorneys for Defendant ANDREW SMITHSON

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI ORFF, an individual; and MICHELLE KRISTOL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF IMPERIAL; IMPERIAL POLICE DEPARTMENT; CHIEF MIGUEL COLON, an individual; ANDREW SMITHSON, an individual; and DOE OFFICERS 1-10, <br><br> Defendants. | No. 17-cv-00116 W AGS <br><br> **NOTICE OF CONTACT INFORMATION FOR DEFENDANT ANDREW SMITHSON** <br><br> **Demand for Jury Trial** <br><br> Hon. Thomas J. Whelan |

1

The following is current contact information for Defendant ANDREW SMITHSON in this matter:

Mr. Andrew Smithson
P.O. Box 484
Imperial, CA 92251-0484
(442) 271-0503
Foxtrotyankee83@outlook.com


DATED:   March 1, 2018                    GIBBS & FUERST, LLP


                                          BY:   s/Michael T. Gibbs
                                                MICHAEL T. GIBBS
                                                KEVIN L. BORGEN
                                                Attorneys for Defendant ANDREW
                                                SMITHSON

2