UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KALI ORFF, an individual; and MICHELLE KRISTOL, an individual,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF IMPERIAL; IMPERIAL POLICE DEPARTMENT; CHIEF MIGUEL COLON, an individual; ANDREW SMITHSON, an individual; and DOE OFFICERS 1-10;<br><br>          Defendants. | Case No.: 3:17-CV-0116-CAB-(AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. No. 44 ]** |
|---|---|

On August 16, 2018, Plaintiffs Orff and Kristol and Defendants City of Imperial and Miguel Colon (collectively the "Parties") filed a Joint Motion to Dismiss with Prejudice. [Doc. No. 44.] Pursuant to Federal Rule of Civil Procedure 41(a), the Court **GRANTS** the Parties joint motion. Accordingly, this Court **DISMISSES WITH PREJUDICE** all of Plaintiffs' claims against Defendants City of Imperial and Miguel Colon **only**.

It is **SO ORDERED**.

Dated: August 17, 2018

                                            Hon. Cathy Ann Bencivengo
                                            United States District Judge